# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV16-09181 JAK (GJSx) | Date | May 15, 2017 |
| Title | Parker R. Herriott v. sanofi-aventis U.S., LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Parker R. Herriott, pro se | Mayela C. Montenegro |
| | Patrick Mayer |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND (DKT. 25)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny the Plaintiff's Motion to Remand (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued.

The Court confers with the parties regarding what method of settlement would be productive. The Court refers the parties to participate in a settlement conference with Magistrate Judge Gail J. Standish, which shall be completed no later than August 31, 2017.

**IT IS SO ORDERED.**

| | : | 21 |
|---|---|---|
| Initials of Preparer | ak | |